Paul Pflumm, Esq. (006912002)
**JOSEPH A. McCORMICK, JR.. P.A.**
A PROFESSIONAL ASSOCIATION
76 Euclid Avenue, Suite 103
Haddonfield, New Jersey 08033
(856) 795-6500
Attorneys for Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In the Matter of: | IN PROCEEDING UNDER CHAPTER 7 OF THE U.S. BANKRUPTCY CODE |
| DGI Services, LLC, | |
| Debtor. | Honorable Gloria M. Burns |
| | CASE NO.  11-46042/GMB |
| Linda L. McMackin, Trustee, | ADV. NO.  14-1056/GMB |
| Plaintiff, | |
| vs. | **STIPULATION EXTENDING TIME TO ANSWER AND ACKNOWLEDGING SERVICE** |
| Midlantic Real Estate Inc., Jerald Batoff, and Robin Batoff, | |
| Defendants. | |

It is hereby stipulated by and between the undersigned counsel for Linda L. McMackin, Chapter 7 Trustee and Midlantic Real Estate Inc., Jerald Batoff, and Robin Batoff, that good and sufficient service of the Summons and Adversary Complaint has been accomplished, that the United States Bankruptcy Court for the District of New Jersey has personal and subject matter jurisdiction to hear this matter, and at that time within which Defendants, Midlantic Real Estate Inc., Jerald Batoff, and Robin Batoff, may answer or otherwise move, or otherwise plead in response to the Adversary Complaint be extended to and including March 20, 2014.

JOSEPH A. McCORMICK, JR., P.A.
Attorneys for Linda L. McMackin,

Chapter 7 Trustee

By: _____
       PAUL PFLUMM
       FOR THE FIRM

LEECH TISHMAN
Attorneys for Midlantic Real Estate Inc., Jerald Batoff, and Robin Batoff

By: _____
       GREGORY W. HAUSWIRTH

Dated: 2-18-14                                    Dated: 2-18-14

S:\Joint Clients\DGI - DB-989-MVAvoidances\Midlantic\Stipulation Extending Time to Answer 02 18 14a.wpd